**UNITED STATES COURT OF INTERNATIONAL TRADE**       **FORM 1**

| |
|---|
| Dover Street Market NY LLC |
| **Plaintiff,** |
| **v.** |
| **UNITED STATES,** |
| **Defendant.** |

**S U M M O N S**

**Court No. 25-00200**

**TO:**    The Attorney General and the Secretary of Homeland Security:

    **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

**/s/ Mario Toscano**
Clerk of the Court

## PROTEST

| | |
|---|---|
| Port(s) of Entry:    See attached schedule | Center (if known): CEE004 |
| Protest Number:   See attached schedule | Date Protest Filed:        See attached schedule |
| Importer: Dover Street Market NY LLC | Date Protest Denied:        See attached schedule |
| Category of Merchandise:        N/A | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |
| | | See attached schedule | | | |
| | | | | | |
| | | | | | |

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  LLP
599 Lexington Avenue, 36th Floor
New York, New York 10022
Esmithweiss@gdlsk.com
212-557-4000

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | . |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Refusal to pay claim for drawback. |

| |
|---|
| The issue which was common to all such denied protests: Whether CBP improperly denied the claims for drawback filed under 19 USC 1313(j). |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/Erik Smithweiss
_____
*Signature of Plaintiff's Attorney*

9/10/2025
_____
*Date*

## SCHEDULE OF PROTESTS

CEE004
_____
Center (if known)

| PROT NUM | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE | PORT CODE |
|---|---|---|---|---|---|---|
| 1001-20-100691 | 07/22/2020 | 03/14/2025 | D37-0124136-6 | 04/11/2016 | 01/24/2020 | 1001 |
| 1001-20-100691 | 07/22/2020 | 03/14/2025 | D37-0124135-8 | 04/11/2016 | 01/24/2020 | 1001 |
| | | | | | | |
| 4601-17-103064 | 09/19/2017 | 03/14/2025 | D37-0116937-7 | 02/03/2015 | 03/24/2017 | 1001 |
| | | | | | | |
| 4601-17-103515 | 11/28/2017 | 03/14/2025 | D37-0122453-7 | 12/22/2015 | 06/02/2017 | 1001 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)